IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT E. HILL JR., #2163996,** | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 6:17-CV-00180-RC |
| **TYLER POLICE DEPARTMENT, STATE OF TEXAS, 241ST DISTRICT COURT OF SMITH COUNTY, TEXAS, SMITH COUNTY DISTRICT ATTORNEY'S OFFICE,** | § § § § § § § § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 6, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. No. 20), recommending that Plaintiff's claims be dismissed with prejudice to their being asserted again until the *Heck* conditions are met. Plaintiff acknowledged receipt of this Report and Recommendation on June 18, 2019. (Doc. No. 21.) No objections to the Report and Recommendation has been presented for consideration within the prescribed time period for such objections. Therefore, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations, except upon grounds of plain error. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

1

The court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the court has determined that the Report and Recommendation of the Magistrate Judge is correct. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (noting where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Magistrate Judge's Report (Doc. No. 20) be **ADOPTED** and that that Plaintiff's claims be **DISMISSED WITH PREJUDICE** until the *Heck* conditions are satisfied. Additionally, it is

**ORDERED** that any pending motions are **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED July 19, 2019.**

_____
Ron Clark, Senior District Judge